✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   5:15-CR-21-001(MTT) |
| **RICARDO BYSE** | |

On December 2, 2021, the supervised release period of 4 years commenced. Ricardo Byse has complied with the rules and regulations of supervised release; has met the criteria for early termination, as outlined in the *Guide to Judiciary Policy*, Volume 8, Part E (Post-Conviction Supervision) [Monograph 109], Chapter 3, as approved by the Administrative Office of the United States Courts; and is no longer in need of supervision. It is accordingly recommended that Ricardo Byse be discharged from supervision.

Respectfully submitted,

*Jennifer Fowler*

Jennifer T. Fowler
Drug and Alcohol Treatment Specialist

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 8th day of September, 2025.

s/ Marc T. Treadwell

MARC T. TREADWELL
U.S. DISTRICT JUDGE